IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CORINA MOLDREM, Defendant. | CR 12-60-BLG-SEH-01  ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's motion is GRANTED. Defendant's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 31st day of August, 2020.

SAM E. HADDON
United States District Court Judge

1